# CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of the foregoing was duly served upon the following by first class mail on the date indicated below:

NADINE Y. ANDO #3158
LISA W. CATALDO #6159
MCCORRISTON MILLER MUKAI MACKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
    Attorneys for Defendants
    AIG Specialty Ins. Co.
    American Int'l Group, Inc.
    McCorriston Miller Mukai Mackinnon LLP

Mr. John DeGroote
Hickory Street Annex
501 S 2nd Avenue, Suite A-700
    Dallas, Texas 75226
    Trustee/Receiver for Defendant
    Old Alabama Closing Corp.
    f/k/a Prommis Solutions Holding Corp.

DATED: Ha'iku, Hawaii, November 29, 2018

                                  /s/ Michael C. Greenspon
                                  Plaintiff *pro se*