McCORRISTON MILLER MUKAI MacKINNON LLP

NADINE Y. ANDO            3158-0
LISA W. CATALDO           6159-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  ando@m4law.com; cataldo@m4law.com

Attorneys for Defendants
AIG SPECIALTY INSURANCE CO. f/k/a
CHARTIS SPECIALTY INSURANCE CO. and
AMERICAN INTERNATIONAL GROUP, INC. and
McCORRISTON MILLER MUKAI MACKINNON LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MICHAEL C. GREENSPON,<br><br>        Plaintiff,<br><br>  vs.<br><br>AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. n/k/a OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 1-30,<br><br>        Defendants. | CIVIL NO. 18-00448 DKW-RLP<br><br>DEFENDANT MCCORRISTON MILLER MUKAI MACKINNON LLP'S **AMENDED** ANSWER TO VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT FILED SEPTEMBER 17, 2018; CERTIFICATE OF SERVICE |

387490.1

DEFENDANT MCCORRISTON MILLER MUKAI
MACKINNON LLP'S **AMENDED** ANSWER TO VERIFIED COMPLAINT
FOR DECLARATORY JUDGMENT FILED SEPTEMBER 17, 2018

Defendant McCorriston Miller Mukai MacKinnon LLP ("Defendant M4"), hereby submits the following as its *Amended* Answer to Verified Complaint for Declaratory Judgment ("Complaint"), filed on September 17, 2018:

FIRST DEFENSE:

1. The Complaint fails to state a claim against Defendant M4 upon which relief can be granted.

SECOND DEFENSE:

2. Defendant M4 is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 1, 2, 3, 7, 8, 11, 12, 13, 15, 16, 17, 25 and 35 of the Complaint and thus, those allegations are denied.

3. Defendant M4 denies the allegations contained in Paragraphs 5, 26, 27, 32, 33, 34, 36, and 37 of the Complaint.

4. In response to Paragraphs 6, 9, 10, 18, 19, 20, 21, 22, 23, 28, 29, 30, and 31 of the Complaint, Defendant M4 states that the documents referenced therein speak for themselves and on that basis, denies all remaining allegations.

5. In response to Paragraph 4 of the Complaint, Defendant M4 admits that McCorriston Miller Mukai MacKinnon LLP is a Honolulu law firm that has

represented "Defendant AIG" as that term is defined in the Complaint but denies the remaining allegations of Paragraph 4.

6. In response to Paragraph 14 of the Complaint, Defendant M4 objects on the basis that the allegations contain a conclusion of law as to which no response is required and is therefore denied.

7. In response to Paragraph 24 of the Complaint, Defendant M4 repeats and realleges its responses to Paragraphs 1-23 of the Complaint.

8. Defendant M4 denies the allegations contained in the "WHEREFORE" clause, including subparts, following Paragraph 37 of the Complaint. Further answering, Defendant M4 denies that Plaintiff is entitled to any relief sought.

9. Each and every other allegation not heretofore specifically answered is denied.

THIRD DEFENSE:

10. Plaintiff's Complaint fails to present a justifiable controversy between Plaintiff and Defendant.

FOURTH DEFENSE:

11. Plaintiff is barred from maintaining this action against Defendant M4 because the claims against Defendant M4 upon which the action is based were discharged in bankruptcy.

FIFTH DEFENSE:

12. Defendant M4 was privileged to take the actions upon which Plaintiff's Complaint is based.

SIXTH DEFENSE:

13. Defendant M4 had no duty to Plaintiff.

SEVENTH DEFENSE:

14. Defendant M4 did not violate any statutory or common law duty.

EIGHTH DEFENSE:

15. Plaintiff is barred from maintaining this action against Defendant M4 based upon the equitable doctrines of laches, waiver, estoppel and unclean hands.

NINTH DEFENSE:

16. The Plaintiff's claims are barred by the statute of limitations.

TENTH DEFENSE:

17. Defendant M4 asserts that because the Complaint is stated in vague and conclusory terms, Defendant M4 cannot fully anticipate all affirmative defenses that may be applicable to this action.  Accordingly, Defendant M4 reserves the right to assert or rely upon any other matter constituting an avoidance or affirmative defense, including those set forth in FRCP 8(c) and HRCP 8(c) that is supported by information or facts obtained in discovery, at trial, or by other

means during this case, and expressly reserve the right to amend their answer to assert such additional affirmative defenses in the future.

WHEREFORE, Defendant M4 prays:

A. That the Complaint against it be dismissed and that judgment be entered in its favor;

B. That it be awarded its reasonable attorneys' fees and costs; and

C. That it be awarded such other and further relief as the Court deems just and appropriate under the circumstances.

DATED: Honolulu, Hawai'i, December 6, 2018.

/s/ *Nadine Y. Ando*
NADINE Y. ANDO
LISA W. CATALDO

Attorneys for Defendants
AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO. and AMERICAN INTERNATIONAL GROUP, INC. and McCORRISTON MILLER MUKAI MACKINNON LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| MICHAEL C. GREENSPON, | ) | CIVIL NO. 18-00448 DKW-RLP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. n/k/a OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 1-30, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following party on this date as indicated below:

| | CM/ECF | Hand Delivery | U.S. Mail |
|---|---|---|---|
| MICHAEL C. GREENSPON<br>1135 Makawao Avenue, Suite 103 #321<br>Makawao, HI  96768<br>**Plaintiff *Pro Se*** | | | ✓ |

387490.1

DATED:  Honolulu, Hawaiʻi, December 6, 2018.

        /s/ *Nadine Y. Ando*
        NADINE Y. ANDO
        LISA W. CATALDO

        Attorneys for Defendants
        AIG SPECIALTY INSURANCE CO. f/k/a
        CHARTIS SPECIALTY INSURANCE CO.
        and AMERICAN INTERNATIONAL
        GROUP, INC. and McCORRISTON
        MILLER MUKAI MACKINNON LLP