McCORRISTON MILLER MUKAI MACKINNON LLP

NADINE Y. ANDO           3158-0
LISA W. CATALDO          6159-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  ando@m4law.com; cataldo@m4law.com

Attorneys for Defendants
AIG SPECIALTY INSURANCE CO. f/k/a
CHARTIS SPECIALTY INSURANCE CO. and
AMERICAN INTERNATIONAL GROUP, INC. and
McCORRISTON MILLER MUKAI MACKINNON LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. n/k/a OLD ALABAMA CLOSING CORP.; McCORRISTON MILLER MUKAI MACKINNON LLP; DOES 1-30,<br><br>　　　　　Defendants. | ) CIVIL NO. 18-00448 DKW-RLP<br>)<br>) DEFENDANTS AIG SPECIALTY<br>) INSURANCE CO. f/k/a CHARTIS<br>) SPECIALTY INSURANCE CO.,<br>) AMERICAN INTERNATIONAL<br>) GROUP, INC., and MCCORRISTON<br>) MILLER MUKAI MACKINNON<br>) LLP'S RULE 16 SCHEDULING<br>) CONFERENCE STATEMENT;<br>) CERTIFICATE OF SERVICE<br>)<br>) Scheduling Conference:<br>) Date:    March 12, 2019<br>) Time:    9:45 a.m.<br>) Judge:   Hon. Richard L. Puglisi<br>)<br>) No trial date set.<br>) |

389053.1

DEFENDANTS AIG SPECIALTY INSURANCE CO.
f/k/a CHARTIS SPECIALTY INSURANCE CO., AMERICAN
INTERNATIONAL GROUP, INC., and MCCORRISTON MILLER MUKAI
MACKINNON LLP'S RULE 16 SCHEDULING CONFERENCE STATEMENT

DEFENDANTS AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO., AMERICAN INTERNATIONAL GROUP, INC., and MCCORRISTON MILLER MUKAI MACKINNON LLP ("M4) (collectively "Defendants"), through their counsel, McCorriston Miller Mukai MacKinnon LLP, hereby submit this Scheduling Conference Statement pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FCRP") and Local Rule 16.2 of the United States District Court for the District of Hawaiʻi.

I.      NATURE OF THE CASE

Plaintiff Michael Greenspon ("Plaintiff") filed his Verified Complaint for Declaratory Judgment in the Second Circuit Court of the State of Hawaiʻi in September 2017 ("Complaint"). Plaintiff named Defendants as well as Prommis Solutions Holding Corp. n/k/a Old Alabama Closing Corp. ("Prommis") in the caption.

This lawsuit represents Plaintiff's effort to collect insurance proceeds he asserts are available to satisfy the March 2018 Findings of Fact, Conclusions of Law and Order Granting Plaintiff's Motion for Entry of Default Judgment and

Final Judgment that Plaintiff obtained in <u>Greenspon v. Prommis Holdings, LLC, et al.</u>, Civ. 14-1-0018(2), Second Circuit Court, State of Hawai'i.

Plaintiff seeks "a binding declaration that the Policy provides coverage for Plaintiff's Claim and that AIG is obligated to pay Plaintiff the Policy limits in satisfaction of Plaintiff's Claim, and that the excess coverage provisions of the Policy are applicable to Plaintiff's claim."[1]  Additionally, Plaintiff seeks pre-judgment interest.  Plaintiff does not assert any claims against either M4 or Prommis.

Defendants removed this case, and Plaintiff filed his Motion to Decline Jurisdiction and Remand ("Remand Motion").  On February 25, 2019, Judge Watson denied the Remand Motion, finding in part that M4 had been fraudulently joined:  "The Complaint does not state a claim or even a theory of liability against" M4.

On March 4, 2019, M4 filed a Motion for Judgment on the Pleadings.  Also on March 4, 2019, AIG International Group, Inc. filed its Motion for Judgment on the Pleadings on the basis that the Complaint fails to state a claim against American International Group, Inc., because American International Group, Inc. is not a party to, and has no obligations under, the insurance contract at issue.

---

[1] "AIG" is defined in the Complaint to include, collectively, Defendants AIG Specialty Insurance Co. f/k/a Chartis Specialty Insurance Co. and American International Group, Inc.

Defendants deny Plaintiff has any right to any relief.

II.     JURISDICTION AND VENUE

The Court has original jurisdiction, as complete diversity exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs pursuant to 28 U.S.C. §§ 1332(a), 1441(b). Venue is proper pursuant to 28 U.S.C. §1391(b)(2) (i.e., a substantial part of the events giving rise to the claims occurred in the District of Hawai'i).

III.    DEMAND FOR JURY TRIAL

A jury trial has not been demanded.

IV.    APPROPRIATENESS OF DISCLOSURES

Defendants believe that disclosures will be pursuant to Fed. R. Civ. P. 26 and 26.1, however, Defendants maintain, the initial disclosures should occur after the court's decisions on the pending dispositive motions.

V.     DISCOVERY AND MOTIONS

No discovery has been completed or is pending.  The Motions for Judgment on the Pleadings filed by M4 and AIG International Group, Inc. are pending.

VI.    SPECIAL PROCEDURES

Defendants are not aware of any special procedures necessary for this case at this time.

VII.   RELATED CASES

Greenspon v. Prommis Holdings, LLC, et al., Civ. 14-1-0018(2), Second Circuit Court (Maui), State of Hawaiʻi

VIII.   ADDITIONAL MATTERS

None.

DATED:  Honolulu, Hawaiʻi, March 5, 2019.

    /s/ Lisa W. Cataldo
NADINE Y. ANDO
LISA W. CATALDO

Attorneys for Defendants
AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO. and AMERICAN INTERNATIONAL GROUP, INC. and McCORRISTON MILLER MUKAI MACKINNON LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| MICHAEL C. GREENSPON, | ) | CIVIL NO. 18-00448 DKW-RLP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. n/k/a OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 1-30, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties on this date as indicated below:

389053.1

|  | CM/ECF | Hand Delivery | U.S. Mail |
|---|---|---|---|
| MICHAEL C. GREENSPON<br>1135 Makawao Avenue, Suite 103 #321<br>Makawao, HI  96768<br>    **Plaintiff** *Pro Se* | | | ✓ |

DATED:  Honolulu, Hawai'i, March 5, 2019.

                        /s/ Lisa W. Cataldo
                        NADINE Y. ANDO
                        LISA W. CATALDO

                        Attorneys for Defendants
                        AIG SPECIALTY INSURANCE CO. f/k/a
                        CHARTIS SPECIALTY INSURANCE CO.
                        and AMERICAN INTERNATIONAL
                        GROUP, INC. and McCORRISTON
                        MILLER MUKAI MACKINNON LLP