cc: DKW

McCORRISTON MILLER MUKAI MacKINNON LLP

NADINE Y. ANDO          3158-0
LISA W. CATALDO         6159-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: ando@m4law.com; cataldo@m4law.com

**RECEIVED**
CLERK U.S. DISTRICT COURT

MAR 06 2019
3:35m
DISTRICT OF HAWAII

Attorneys for Defendants
AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS
SPECIALTY INSURANCE CO. and AMERICAN
INTERNATIONAL GROUP, INC. and McCORRISTON
MILLER MUKAI MacKINNON LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON, | CIVIL NO. 18-00448 DKW-RLP |
| Plaintiff, | STIPULATION FOR PARTIAL DISMISSAL OF ALL CLAIMS |
| vs. | AGAINST DEFENDANT MCCORRISTON MILLER |
| AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. n/k/a OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 1-30, | MUKAI MACKINNON LLP ~~WITH~~ WITHOUT PREJUDICE |
| Defendants. | Trial Date: None Judge: Hon. Derrick K. Watson |

391181.1

STIPULATION FOR PARTIAL
DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT
MCCORRISTON MILLER MUKAI MACKINNON LLP ~~WITH~~ PREJUDICE
*WITHOUT*

IT IS HEREBY STIPULATED, by and among Plaintiff MICHAEL C.

GREENSPON and Defendants, through their respective counsel, that the

Complaint herein be dismissed against Defendant McCorriston Miller Mukai

MacKinnon LLP ~~with~~ *without* prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure and LR41.1. All other parties remain in this action.

All appearing parties have signed this stipulation and shall bear their own

respective attorneys' fees and costs.

No trial date was set.

DATED: Makawao, Maui, Hawai'i, *March 1, 2029*

_____
MICHAEL C. GREENSPON

Plaintiff *Pro Se*

---

*Michael C. Greenspon v. AIG Specialty Insurance Co. f/k/a Chartis Specialty Insurance Co.;* CIVIL NO. 18-00448 DKW-RLP; STIPULATION FOR PARTIAL DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT MCCORRISTON MILLER MUKAI MACKINNON LLP ~~WITH~~ PREJUDICE *WITHOUT*

391181.1                                    2

DATED: Honolulu, Hawai'i, _____.


                   /s/ Lisa W. Cataldo
                   NADINE Y. ANDO
                   LISA W. CATALDO

                   Attorneys for Defendants
                   AIG SPECIALTY INSURANCE CO. f/k/a
                   CHARTIS SPECIALTY INSURANCE CO.
                   and AMERICAN INTERNATIONAL
                   GROUP, INC. and MCCORRISTON
                   MILLER MUKAI MACKINNON LLP


APPROVED AS TO FORM:




_____

*Michael C. Greenspon v. AIG Specialty Insurance Co. f/k/a Chartis Specialty Insurance Co.;* CIVIL NO. 18-00448 DKW-RLP; STIPULATION FOR PARTIAL DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT MCCORRISTON MILLER MUKAI MACKINNON LLP ~~WITH~~ PREJUDICE WITHOUT