IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON, | ) CIVIL NO. 18-00448 DKW-RLP |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S MOTION |
| | ) FOR PERMISSION FOR ELECTRONIC |
| vs. | ) CASE FILING |
| | ) |
| AIG SPECIALITY INSURANCE, ET AL., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER GRANTING PLAINTIFF'S MOTION
FOR PERMISSION FOR ELECTRONIC CASE FILING

Before the Court is Plaintiff's Motion for Permission for Electronic Case Filing, filed on April 4, 2019.  ECF No. 36. Local Rule 100.2.2 provides that "[a]ny person appearing pro se may not utilize electronic filing without leave of court, which decision rests in the discretion of the assigned district or magistrate judge."  Local Rule 100.2.2.1.

In his Declaration filed in support of his Motion, Plaintiff states that he is a resident of Maui and that the time and expense of mailing copies for filing and then for service on Defendant is burdensome. ECF No. 36-1 ¶ 2.  Plaintiff states that he is familiar with computer systems generally and has successfully participated as a litigant in the Hawaii and Florida state court electronic filing systems.  Id. ¶ 3.  Plaintiff also states that he is a registered used of PACER.  Id.  Plaintiff states that he has the requisite compute hardware, software, email account, and internet connection to make routine use of the

court's electronic filing system.  Id. ¶ 4.

      Based on Plaintiff's familiarity with electronic filing and the challenges that Plaintiff faces with conventional filing, the Court finds that it is appropriate to allow Plaintiff to use electronic filing in this action.  Plaintiff must comply with all rules regarding electronic filling and familiarize himself with electronic filing resources, user guide, and training modules available on the Court's website.  Plaintiff shall contact the Clerk's Office to obtain the necessary information to allow him to file electronically.

      IT IS SO ORDERED.

      DATED AT HONOLULU, HAWAII, APRIL 5, 2019.

Richard L. Puglisi
United States Magistrate Judge

**GREENSPON V. AIG SPECIALTY INS. CO., ET AL.; CIVIL NO. 18-00448 DKW-RLP; ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**