# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 18-00448 DKW-RLP |
| CASE NAME: | Michael C. Greenspon v. AIG Specialty Insurance Co., et al. |
| ATTYS FOR PLA: | Michael C. Greenspon, participated by telephone |
| ATTYS FOR DEFT: | Lisa W. Catadlo<br>Nadine Y. Ando |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bedimol |
| DATE: | 5/17/2019 | TIME: | 9:35 - 9:55 |

COURT ACTION:  EP: Hearing held on [23] Defendant American International Group, Inc.'s Motion For Judgment On The Pleadings; [24] Defendant McCorriston Miller Mukai MacKinnon LLP's Motion For Judgment On The Pleadings; and [41] Plaintiffs' Rule 41(a)(2) Counter-Motion For Voluntary Dismissal In Opposition To (1) Defendant McCorriston Miller Mukai MacKinnon LLP's Motion [24] For Judgment On The Pleadings, and (2) Defendant American International Group, Inc.'s Motion [22] For Judgment On The Pleadings.

Discussion held.  EO to follow.

Submitted by: Tammy Kimura, Courtroom Manager.