| | |
|---|---|
| **From:** | Michael Greenspon |
| **To:** | Tess Tynan; Porter Orders |
| **Cc:** | Terry O"Toole; Maile Miller; John Kelly; ando@m4law.com; cataldo@m4law.com |
| **Subject:** | Re: Michael C. Greenspon v. AIG Specialty Co., et al., Civil No. 18-00448 DKW-WRP: [Proposed] Order Granting [DKT. 92] Ex Parte Motion to Shorten Time for Hearing on [DKT. 91[ AIG Specialty"s Motion to Compel Production of Documents from Plaintiff, etc. |
| **Date:** | Friday, December 13, 2019 7:53:05 PM |

Aloha Judge Porter:

I vehemently object to any shortening of time to hear AIG's discovery motions, as well as to extending any of the dates given by the scheduling order, and I would like to file a formal opposition by Tuesday, December 17, 2019 and for the reasons summarized by AIG's MTC Exhibit 14.

I am already under extreme time constraints as an individual litigant in multiple state court proceedings that are in a trial phase, in addition to 19-0516-JAO-KSM pending in this court. I will be filing in due course a motion for protective order with respect to AIG's unilaterally noticed deposition date and the production sought by AIG, as well as a motion to compel AIG's production of materials that were to have been produced last month, and respectfully request the court allow until at least January 3, 2020 to do so. I am also unavailable for any hearings  January 14-16, 2020.

Thank you for your consideration, and my apologies if this is an incorrect, but expedient, channel for this communication.

Michael Greenspon

On 12/13/19 9:14 PM, Tess Tynan wrote:

> Dear Judge Porter,
>
> Attached for your review and approval is the proposed ***Order Granting Ex Parte Motion to Shorten Time for Hearing on Defendant AIG Specialty Insurance Co.'s Motion to (1) Compel Production of Documents from Plaintiff Michael C. Greenspon; (2) Compel the Deposition of Plaintiff Michael C. Greenspon; and/or (3) Amend the Rule 16 Scheduling Order in Light of Pending Deadlines***, filed on December 13, 2019 as ECF No. 92.
>
> All parties have been copied on this e-mail.
>
> Should you have any questions regarding the attachment, please do not hesitate to contact us.
>
> Thank you for your consideration.
>
> Tess Tynan

Legal Assistant

Starn O'Toole Marcus & Fisher
A Law Corporation
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI 96813
Email: ttynan@starnlaw.com
Telephone: (808) 537-6100
Facsimile: (808) 537-5434
Website: www.starnlaw.com

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT(S) OF THE TRANSMISSION, AND MAY BE A CONFIDENTIAL COMMUNICATION PRIVILEGED AND/OR OTHERWISE PROTECTED BY LAW. UNLESS AN ENGAGEMENT AGREEMENT IS SIGNED BY OUR FIRM AND THE RECIPIENT, THIS E-MAIL SHALL NOT CREATE AN ATTORNEY CLIENT RELATIONSHIP BETWEEN OUR FIRM AND THE RECIPIENT. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE AND ANY COPIES THEREOF. THANK YOU IN ADVANCE FOR YOUR COOPERATION.