STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE        1209-0
MAILE S. MILLER           10179-0
JOHN W. KELLY             9907-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii  96813
Telephone:  (808) 537-6100
Email:  totoole@starnlaw.com;
        mmiller@starnlaw.com;
        jkelly@starnlaw.com

Attorneys for Defendants
AIG SPECIALTY INSURANCE CO. f/k/a
CHARTIS SPECIALTY INSURANCE CO.
and AMERICAN INTERNATIONAL GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON,<br><br>           Plaintiff,<br><br>     vs.<br><br>AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. n/k/a OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 1-30,<br><br>           Defendants. | CIVIL NO. 18-00448 DKW-WRP<br><br>DEFENDANT AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.'S **MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MAILE S. MILLER; EXHIBIT 1; CERTIFICATE OF SERVICE<br><br>Trial: July 13, 2020<br>Judge:  Honorable Derrick K. Watson |

216351.4

## DEFENDANT AIG SPECIALTY INSURANCE CO. F/K/A CHARTIS SPECIALTY INSURANCE CO.'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES

Defendant AIG Specialty Insurance Co. f/k/a Chartis Specialty Insurance Co. ("**AIG Specialty**"), by and through its undersigned attorneys, respectfully moves this Court for an order continuing the trial of this matter to October 2020 or the Court's next available trial date, along with all pretrial deadlines.

This Motion is based on AIG Specialty's need to conduct and complete essential discovery before the current Rule 16 dispositive motions and expert disclosure deadlines of February 12, 2020 and to have adequate time to prepare for trial given the very significant delays caused by Plaintiff in responding to discovery in this case. Plaintiff has refused to appear for his deposition and has refused to produce key documents relating to his damages claim. AIG Specialty was forced to file a Motion to Compel on December 13, 2019 [Dkt. 91] ("**Motion to Compel**").

In addition, the pleadings in this case are still in a state of flux based on Plaintiff's recent Motion for Leave to File a First Amended Complaint [Dkt. 90].

In addition, AIG Specialty will be forced to file an Opposition to Plaintiff's Motion for Summary Judgment on January 24, 2020 without the benefit of this discovery from Plaintiff which will require that AIG Specialty concurrently file a

216351.4

Rule 56(d) Motion requesting time to complete this discovery before having to fully respond to Plaintiff's Motion for Summary Judgment.

This Motion does not duplicate, or seek the same relief as, AIG Specialty's pending Motion to Compel.  Rather, this Motion seeks to move the trial date and all intervening Rule 16 deadlines because AIG Specialty has been prejudiced by Plaintiff's discovery delays to the point that it cannot reasonably respond to the current Rule 16 deadlines.

Therefore, AIG Specialty respectfully moves this Court to briefly continue the trial to October 2020 or to the Court's next available trial date and to move all related pretrial deadlines to coincide with the new trial date.

This Motion has been brought in good faith and for good cause, pursuant to Fed. R. Civ. P. Rules 7, and 16, as well as Local Rules of the United States District Court for the District of Hawaii, Rule 7, the declaration and memorandum submitted herewith, in addition to the documents on file in this case.

/ /

/ /

/ /

/ /

DATED: Honolulu, Hawaii, January 22, 2020.

*/s/ Maile S. Miller*
TERENCE J. O'TOOLE
MAILE S. MILLER
JOHN W. KELLY

Attorneys for Defendants
AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO. and AMERICAN INTERNATIONAL GROUP, INC.