IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON,<br><br>                Plaintiff,<br><br>vs.<br><br>AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. n/k/a OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 1-30,<br><br>                Defendants. | CIVIL NO. 18-00448 DKW-WRP<br><br>DECLARATION OF MAILE S. MILLER |

## **DECLARATION OF MAILE S. MILLER**

I, MAILE S. MILLER, hereby declare under penalty of law that the following is true and correct:

1. I am an Associate at Starn O'Toole Marcus & Fisher and one of the attorneys representing Defendant AIG SPECIALTY INSURANCE CO. ("***AIG Specialty***") in this matter.

2. Unless otherwise indicated, all statements made herein are based on my personal knowledge.

216351.4

3. On several occasions, Plaintiff Michael C. Greenspon ("**Greenspon**") stated that he was not willing to have his deposition taken in this action, as it would be duplicative of the deposition that was scheduled to go forward in a related State Court Action, Civil Nos. 14-1-0395(2) and 14-1-0560(2) (consolidated). AIG Specialty is not a party in that State Court Action. On December 23, 2019, Mr. Greenspon forwarded us the Deposition Notice and attached Order in that case, which provided that Mr. Greenspon's deposition was going to take place on January 15, 2020. *See* **Exhibit 1**.

4. Counsel for AIG Specialty informed Mr. Greenspon that it had a right – in this case – to depose him. However, I still reached out to counsel in Civil Nos. 14-1-0395(2) and 14-1-0560(2) to see if it was possible for AIG Specialty to share some time with the Defendants in that action during Mr. Greenspon's January 15, 2020 deposition. Counsel informed me that it would not be possible for AIG Specialty to participate, as all of the time was already allocated between the various defendants in that case.

DATED: Honolulu, Hawaii, January 22, 2020.                    .

/s/ Maile S. Miller<br>
MAILE S. MILLER