# EXHIBIT 1

| | |
|---|---|
| **From:** | Michael Greenspon <mcg@mauinetworks.com> |
| **Sent:** | Monday, December 23, 2019 2:16 PM |
| **To:** | Maile Miller; Terry O'Toole |
| **Subject:** | Re: Meet and Confer tomorrow |
| **Attachments:** | 121204 rosen depo ntc.pdf |

Aloha Maile, and Terry -- good conferring with you last Friday.

Attached is a copy of the notice of my deposition set for January 15, 2020 at 9:00am on Maui. You are invited to attend and participate since the subject matter regarding damages is substantially the same as what you are seeking via a separate deposition. Since I won't be willing to answer the same questions twice, this would be your best opportunity to obtain my deposition.

Please let me know the result of your discussions with AIG and also please return a signed copy of the NDA regarding production of my records.

Thanks

Michael Greenspon


On 12/19/19 8:25 PM, Michael Greenspon wrote:

> Maile, to address your requests, inline --
>
> On 12/19/19 6:30 PM, Maile Miller wrote:
>
>> Michael,
>>
>> Ahead of tomorrow's call, below is the list of documents that we are immediately seeking and would like to specifically discuss:
>>
>> - **Request No. 5**: The "confidential business records" submitted in support of the Default Judgment in the underlying Prommis State Action (CIV 14-1-00182).
>
> As soon as you sign and return the form of QPO/NDA I can produce these to you. To address the only substantive objection I saw to the form of QPO, the idea is that you as counsel are given two serialized hard copies for your review or that of your expert or client. Each natural person with access must first sign and return the form of NDA certification to me. If for some reason you need more than two copies, just let me know, provide a copy of the NDA certification for the extra person, and I will provide you an additional serial numbered set of hard copy documents. Thus, you do not need to (and may not) digitize, transmit or duplicate the documents. You can simply express mail them to the extra recipient that has signed the certification for review, and then return them at the conclusion of the action.

- **Requests 9-14:** Communications you've had with Cal-Western, Prommis Holdings, Prommis Solutions Holdings Corp., trustees of the bankruptcy action, John DeGroote, and/or National Registered Agents, Inc.

This is a very broad a request spanning potentially more than ten years and I don't understand specifically what you are seeking or why. The relevant communications as to each of these persons/entities are already of record.

- **Request No. 4**: any written discovery produced in the Prommis State Action that was not filed or otherwise submitted to the Court.

This is an even broader request and so I don't understand what specific documents, with what persons/entities, you are seeking or why. You can look through the docket and the record at each of the various requests for written discovery and specify the particular recipient and/or documents, in addition to the more than 190 exhibits on the exhibits list that you already have access to.

- **Request Nos. 1&2**: Documents filed and/or produced during discovery in the related actions (including but not limited to 1CC-11-1000194/2CC-17-1-000090; 2CC-14-1-0395; 2CC-14-1-0000560; 2CC-14-1-000379; 2CC-19-100092)

This is an enormously broad request spanning ten years of litigation in multiple cases that is probably irrelevant to this coverage action. Much of the material discovery in those cases is of record in those cases so you can obtain those documents yourselves. Probably look at the answers to the pleadings, the motions to compel and the dispositive motions and let me know what specific documents you are seeking.

- **Request Nos. 7&8:** Documents filed and/or produced in the bankruptcy action (including but not limited to Case No.13-10551 (BLS))

There were well over a thousand documents filed in the Prommis bankruptcy proceedings, comparatively few of which I ever downloaded or saved. You can download all of them directly from PACER. To the extent "and/or produced" refers to any discovery I obtained in the Prommis bankruptcy action, I did not obtain any written discovery in that proceeding.

Notwithstanding the foregoing, as soon as you sign the NDA and we agree on what specific documents you are seeking and why, I will produce these materials to you, and provided you also produce all of the materials sought from your client.

If you want to continue our conference until next week to allow you to review the foregoing, that's fine. Judge Porter allowed us until December 27. Otherwise, please call me at 510.502.2503 tomorrow at 10:am to discuss.

Michael Greenspon


Thank you,
Maile

Maile Miller
Attorney at Law

2

    Starn O'Toole Marcus & Fisher
    A Law Corporation
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 1900
    Honolulu, HI 96813
    Email: mmiller@starnlaw.com
    Telephone: (808) 537-6100
    Facsimile: (808) 537-5434
    Website: www.starnlaw.com

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT(S) OF THE TRANSMISSION, AND MAY BE A CONFIDENTIAL COMMUNICATION PRIVILEGED AND/OR OTHERWISE PROTECTED BY LAW. UNLESS AN ENGAGEMENT AGREEMENT IS SIGNED BY OUR FIRM AND THE RECIPIENT, THIS E-MAIL SHALL NOT CREATE AN ATTORNEY CLIENT RELATIONSHIP BETWEEN OUR FIRM AND THE RECIPIENT. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE AND ANY COPIES THEREOF. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

DAVID B. ROSEN (Attorney ID No. 7152)
LAW OFFICE OF DAVID B. ROSEN, ALC
1001 Bishop Street, Suite 988
Honolulu, HI 96813
Telephone: (808) 523-9393
E-mail: DRosen@rosenlawhawaii.com

Attorney for Defendants DAVID B. ROSEN, ESQ.
and THE LAW OFFICE OF DAVID B. ROSEN, ALC

**Electronically Filed
SECOND CIRCUIT
2CC141000395
04-DEC-2019
11:20 AM**

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL C. GREENSPON; and DOES 1 through 10, inclusive,<br><br>Defendants. | CIVIL NO. 14-1-0395 (2) (PTC)<br>CIVIL NO. 14-1-0560 (2) (PTC)<br>[CONSOLIDATED]<br><br>**DEFENDANTS DAVID B. ROSEN, ESQ. AND THE LAW OFFICE OF DAVID B. ROSEN, ALC'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF COUNTERCLAIM AND THIRD-PARTY PLAINTIFF MICHAEL C. GREENSPON; EXHIBIT A; CERTIFICATE OF SERVICE** |
| MICHAEL C. GREENSPON,<br><br>Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Counterclaim Defendant,<br><br>and | **TIME AND PLACE OF DEPOSITION:**<br>**DATE:** January 15, 2020<br>**TIME:** 9:00 a.m.<br>**PLACE:** 223 W Vineyard St.,<br>Wailuku, HI 96793<br><br>**PARTY TO BE EXAMINED:**<br>**NAME:** MICHAEL C. GREENSPON<br>**ADDRESS:** 90 Laa Kea Place,<br>Haiku, Hawaii 96708 |

| |
|---|
| OCWEN LOAN SERVICING LLC; DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC; DOES 10-50,<br><br>          Third-Party Defendants. |
| MICHAEL C. GREENSPON,<br><br>          Plaintiff,<br><br>     v.<br><br>ONE WEST BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC; DOES 10-50,<br><br>          Defendants. |

**DEFENDANTS DAVID B. ROSEN, ESQ. AND THE LAW OFFICE OF DAVID B. ROSEN, ALC'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF COUNTERCLAIM AND THIRD-PARTY PLAINTIFF MICHAEL C. GREENSPON**

TO: ALL PARTIES LISTED ON THE ATTACHED CERTIFICATE OF SERVICE

Defendants DAVID B. ROSEN, ESQ. and THE LAW OFFICE OF DAVID B. ROSEN, ALC (collectively referred to as "Rosen Defendants") will take the oral deposition of **MICHAEL C. GREENSPON, on Wednesday, January 15, 2020, at 9:00 a.m.,** at **Ralph Rosenberg Court Reporters, 223 W Vineyard St., Wailuku, Hawaii 96793**. The deposition will be conducted pursuant to that "ORDER RE: DECLARATION ELECTRONICALLY FILED ON NOVEMBER 1, 2019", which was entered on November 5, 2019, a true and correct copy which is attached hereto as **Exhibit A**:

The deposition will be taken by an officer authorized to administer oaths, recorded via stenographic means, and will be upon oral examination, pursuant to Rule 30 of the Hawaii Rules of Civil Procedure. You are invited to attend and cross-examine.

2

DATED: Honolulu, Hawaii, December 4, 2019.

/s/ David B. Rosen
DAVID B. ROSEN
*Attorney for Defendants DAVID B. ROSEN, ESQ.*
*and THE LAW OFFICE OF DAVID B. ROSEN, ALC*

# EXHIBIT A

**Electronically Filed
SECOND CIRCUIT
2CC141000395
05-NOV-2019
01:36 PM**

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAIʻI

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2006, ) ) ) ) ) ) ) ) ) ) | 2CC141000395 (2) (Other Civil Action) **ORDER RE: DECLARATION ELECTRONICALLY FILED ON NOVEMBER 1, 2019** |
| Plaintiff, ) ) | JUDGE: Honorable Peter T. Cahill |
| vs. ) ) | |
| MICHAEL C. GREENSPON; AND DOES 1 through 10, inclusive, ) ) ) ) | |
| Defendants. ) ) ) | |
| MICHAEL C. GREENSPON, Counterclaim and Third-Party Plaintiff, ) ) ) ) ) ) | |
| vs. ) ) | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, ) ) ) ) | [*caption continued on next page*] |
| Counterclaim Defendant, ) ) | |
| and | |

| | |
|---|---|
| OCWEN LOAN SERVICING LLC; DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC; DOES 10-50; <br><br> Third-Party Defendants. <br><br> MICHAEL C. GREENSPON, <br><br> Plaintiff, <br><br> vs. <br><br> ONE WEST BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC; DOES 10-50, <br><br> Defendants, | 2CC141000560 (2) <br> (Tort/UDAP) |

## ORDER RE: DECLARATION ELECTRONICALLY FILED ON NOVEMBER 1, 2019

The Court has received and reviewed the Submission of Declaration of J. Blaine Rogers, electronically filed on November 1, 2019. Pursuant to the Court's directive at the September 25, 2019 hearing regarding site inspection and deposition dates, Defendants communicated to Plaintiff their preferred oral deposition date of either January 15th or 16th. Defendants have not received confirmation for either of those dates from Plaintiff.

IT IS THEREFORE ORDERED that Michael C. Greenspon appear for his oral deposition at the office of Rosenberg Court Reporters, Inc. at 2233 W Vineyard St., Wailuku, Hawai'i 96793 on Wednesday, January 15, 2020 at 9:00 a.m.

DATED: Wailuku, Maui, Hawai'i, _____Nov 5, 2019_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

[SEAL: CIRCUIT COURT SECOND CIRCUIT STATE OF HAWAII]

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2006,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL C. GREENSPON; and DOES 1 through 10, inclusive,<br><br>   Defendants.<br><br>MICHAEL C. GREENSPON,<br><br>   Counterclaim and Third-Party Plaintiff,<br><br> v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>   Counterclaim Defendant,<br><br> and<br><br>OCWEN LOAN SERVICING LLC; DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC; DOES 10-50,<br><br>   Third-Party Defendants. | CIVIL NO. 14-1-0395 (2) (PTC)<br>CIVIL NO. 14-1-0560 (2) (PTC)<br>[CONSOLIDATED]<br><br>**CERTIFICATE OF SERVICE** |

MICHAEL C. GREENSPON,

      Plaintiff,

  v.

ONE WEST BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC; DOES 10-50,

      Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **DEFENDANTS DAVID B. ROSEN, ESQ. AND THE LAW OFFICE OF DAVID B. ROSEN, ALC'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF COUNTERCLAIM AND THIRD-PARTY PLAINTIFF MICHAEL C. GREENSPON; EXHIBIT A;** and this **CERTIFICATE OF SERVICE,** were served upon the following parties via electronic service, or at the following addresses via U.S. Mail, postage pre-paid on the date indicated below:

MICHAEL C. GREENSPON
1135 Makawao Avenue, Suite 103 #321
Makawao, HI 96768
*Plaintiff, Pro Se*

ALAN J. MA, ESQ.
WATANABE ING LLP
999 Bishop Street, Suite 1250
Honolulu, HI 96813
*Attorney for Plaintiff and Counterclaim Defendant*
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
*and* OCWEN LOAN SERVICING LLC

2

J. BLAINE ROGERS, ESQ.
JENNY NAKAMOTO, ESQ.
DENTONS
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
*Attorneys for DEFENDANT CIT BANK,*
*N.A., formerly known as ONEWEST BANK, F.S.B.*

DATED: Honolulu, Hawaii, December 4, 2019.

      /s/ David B. Rosen
      DAVID B. ROSEN