IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON,<br><br>                   Plaintiff,<br>  vs.<br><br>AIG SPECIALTY INSURANCE CO. f/k/a CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. n/k/a OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 1-30,<br><br>                   Defendants. | CIVIL NO. 18-00448 DKW-WRP<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following party at his last known address by the method of service indicated below:

| **PARTY** | **CM/ECF** | **HAND DELIVERY** | **U.S. MAIL** |
|---|---|---|---|
| MICHAEL C. GREENSPON<br>1135 Makawao Ave., Ste. 103 #321<br>Makawao, Hawaiʻi 96768<br><br>Plaintiff *Pro Se* | X | | |

216351.4

DATED:  Honolulu, Hawaii, January 22, 2020.

*/s/ Maile S. Miller*
TERENCE J. O'TOOLE
MAILE S. MILLER
JOHN W. KELLY

Attorneys for Defendants
AIG SPECIALTY INSURANCE CO. f/k/a
CHARTIS SPECIALTY INSURANCE CO.
and AMERICAN INTERNATIONAL
GROUP, INC.