**Pittaluga, Elisabeth**

| | |
|---|---|
| **From:** | Pittaluga, Elisabeth |
| **Sent:** | Friday, April 29, 2016 5:55 AM |
| **To:** | c-Claim In Box |
| **Cc:** | Logan, Courtney; Wills, Wayne; 'John DeGroote' |
| **Subject:** | Insured: Program Participants Endorsement (Prommis-Old Alabama) / Notice of: Michael Greenspon |
| **Attachments:** | 140701 fac doe banks filed.pdf; 140905 entries of default.pdf |

*By email*

AIG
Financial Lines Claims
P.O. Box 25947
Shawnee Mission, KS 66225

> Re:  Insured: **Program Participants Endorsement Prommis Solutions Holding Corp./Old Alabama Closing Corp. - Runoff**
> Policy No.: **02-144-47-42 (eff. 6/12/12-6/12/18) ("Policy")**
> Management Liability for Private Companies
> Matter of:  Michaael Greenspon

Dear Sir or Madam:

On behalf of the Insured, and pursuant to all potentially applicable policies including the captioned Policy and its notice and claim reporting provisions, we submit the attached litigation documents in the matter filed by Michael Greenspon in Hawaii State Court as notice of a Claim having been made against the Insured(s).

Please send written acknowledgment of receipt matter directly to John DeGroote on behalf of the Insured (contact information below) with a copy to me, along with the claims handler contact information and a coverage position.

Thank you for your cooperation.

Sincerely,

**Elisabeth A. Pittaluga**
Senior Vice President-Claims Advocate
FINEX

**Willis Towers Watson**
Willis Americas Administration, Inc. | 1400 Centrepark Blvd, Suite 770 | West Palm Beach, FL 33401
D  +1 561 337-3140

# EXHIBIT 25a

M +1 917 257 9245
elisabeth.pittaluga@willistowerswatson.com
willistowerswatson.com

Enclosures

cc:     (*w/Enclosures*) (*by email*)

    Courtney Logan, Willis Towers Watson
    Wayne Wills, Willis Towers Watson

    John DeGroote
    President
    John DeGroote Services, LLC

    web: johndegroote.com/
    email:
    jd@johndegroote.com
    office:
    214.887.3484
    cell:
    214.288.6864

    Hickory Street Annex
    501 S 2nd Avenue, Suite A-700
    Dallas, Texas  75226

_____

For information pertaining to Willis' email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit http://www.willis.com/email_trailer.aspx

We are now able to offer our clients an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please let me know or contact your Client Advocate for full details. ~W67897

_____

AIGSPEC002030

Michael C. Greenspon
Plaintiff *pro se*
1135 Makawao Ave Ste 103 #321
Makawao, HI 96768
t (808) 575-7873
mcg@mauinetworks.com

FILED
2014 JUL -1 PM 3:59
D. PELLAZAR, CLERK
SECOND CIRCUIT COURT
STATE OF HAWAII

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT OF THE STATE OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PROMMIS HOLDINGS, LLC,<br>CAL-WESTERN RECONVEYANCE CORP.,<br>DOES 1-50.<br><br>　　　　Defendants. | CIVIL NO. 14-1-0018(2)<br><br>**FIRST AMENDED COMPLAINT;<br>EXHIBITS; RENEWED DEMAND FOR<br>JURY TRIAL; SUMMONS.** |

### FIRST AMENDED COMPLAINT

COMES NOW Plaintiff Michael C. Greenspon and brings this First Amended Complaint for negligent/intentional misrepresentation, aiding and abetting fraud, unfair and deceptive acts and practices, intentional infliction of emotional distress, and other causes and violations of HRS §§ 480, 481, 502, 445-26, and 667-5 to 667-10 (2008) in the conduct of non-judicial foreclosure sales of residential property in the State of Hawaii, and for declaratory judgment and determination of liability therefore, and alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction as Defendants conducted their business and deceptive practices in the State of Hawaii.

2. Venue is proper in this Circuit where Plaintiff is a resident and beneficial owner in possession of real property targeted by the unfair and deceptive practices of Defendants.

### THE PARTIES

3. **Plaintiff** was, at all times relevant hereto, a resident of the County of Maui, State of Hawaii, and is the owner of residential real property located therein (the subject "Property".)

1

I hereby certify that this is a full, true and correct copy of the Original

Clerk, Second Circuit Court

AIGSPEC002031

**Gene Domanico**
Vice President, Directors & Officers, Mainstream
Financial Lines Claims

175 Water Street
New York, NY 10038

212.458.3498  Telephone
212.458.1039  Facsimile



*We are now paperless…*
Please direct future correspondence on this matter, including claim number 6106610840US, to me at:

AIG
Financial Lines Claims
P.O. Box 25947
Shawnee Mission, KS  66225
or
gene.domanico@aig.com

Via Email

May 2, 2016

jd@johndegroote.com

John DeGroote
John DeGroote Services, LLC
Hickory Street Annex
501 S 2nd Avenue, Suite A-700
Dallas, TX  75226

RE:  Insured:     **PROMMIS SOLUTIONS HOLDING CORP**
      Claimant:    Michael Greenspon
      Policy No.:  02-144-47-42
      Claim No.:   6106610840US

Dear John DeGroote:

AIG Claims, Inc., on behalf of AIG Specialty Insurance Company acknowledges receipt of correspondence concerning the noted matter.

A file has been established under Policy No.021444742, effective  6/12/2012 to 6/12/2018. An analyst will be assigned to this matter for further handling.

As customer service and communication are important to us, please feel free to contact me with any questions or additional information.

In the meantime it is understood that all rights are mutually reserved.

Sincerely,
Gene Domanico

Directors & Officers, Mainstream

GD/sam

cc:  elisabeth.pittaluga@willistowerswatson.com

# EXHIBIT 25b