AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 18-00448 DKW-WRP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| AIG SPECIALTY INSURANCE CO., fka Chartis Specialty Insurance Co.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP, nka Old Alabama Closing Corp., MCCORRISTON MILLER MUKAI MACKINNON LLP, DOES 10-30, | April 20, 2020 At 4 o'clock and 20 min p.m. SUE BEITIA, CLERK |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all defendants, pursuant to the Minute Order, entered on May 17, 2019, ECF No. 56 and the  "Order (1) Denying Plaintiff's Amended Motion for Partial Summary Judgment, (2) Granting in Part Defendant's Motion for Summary Judgment Re: Insurance Coverage, (3) Rejecting Plaintiff's Objection to the Magistrate Judge's Order Denying Plaintiff's Motion for Leave to Amend; and (4) Denying as Moot Various Other Motions", ECF No. 142, filed on April 20, 2020. It is further ordered that the Clerk shall closed this case.

| | |
|---|---|
| April 20, 2020 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |