Michael C. Greenspon, *pro se*
1135 Makawao Ave Ste 103 #321
Makawao, HI 96768
t (510) 502-2503
mcg@mauinetworks.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON,<br>Plaintiff,<br>vs.<br>AIG SPECIALTY INSURANCE CO F/K/A CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. N/K/A OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 10-30.<br>Defendants. | CIVIL NO.  18-00448-DKW-WRP<br><br>**PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF FINAL ORDER 1) GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: INSURANCE COVERAGE AND 2) DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND; MEMORANDUM; CERTIFICATE OF SERVICE.**<br><br><u>**HEARING**</u><br>Date: _____<br>Judge:  Hon. Derrick K. Watson |

**PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF FINAL ORDER 1) GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: INSURANCE COVERAGE AND 2) DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Plaintiff Michael C. Greenspon respectfully moves the Court, pursuant to

FRCP Rule 59, for partial reconsideration of the Court's April 20, 2020 order

1

granting in part Defendant AIG SPECIALTY INSURANCE CO.'S (herein, "AIG") motion for summary judgment re: insurance coverage because there are genuine issues of material fact that preclude such summary judgment as argued and shown herein.

Additionally, Plaintiff respectfully requests that the Court reconsider and grant Plaintiff's motion for leave to amend the complaint to include Plaintiff's claim of unfair and deceptive acts as to AIG's handling of Plaintiff's claims because there is an issue of first impression in Hawaii state law on this subject.

DATED: May 20, 2020, Haʻiku, Hawaiʻi, and respectfully submitted,

/s/ Michael C. Greenspon
Plaintiff *pro se*