Michael C. Greenspon, *pro se*
1135 Makawao Ave Ste 103 #321
Makawao, HI 96768
t (510) 502-2503
mcg@mauinetworks.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON,<br>    Plaintiff,<br><br>    vs.<br><br>AIG SPECIALTY INSURANCE CO F/K/A CHARTIS SPECIALTY INSURANCE CO.; AMERICAN INTERNATIONAL GROUP, INC.; PROMMIS SOLUTIONS HOLDING CORP. N/K/A OLD ALABAMA CLOSING CORP.; MCCORRISTON MILLER MUKAI MACKINNON LLP; DOES 10-30.<br><br>    Defendants. | CIVIL NO. 18-00448-DKW-WRP<br><br>**PLAINTIFF'S NOTICE OF APPEAL;** CERTIFICATE OF SERVICE. |

## **PLAINTIFF'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff MICHAEL C. GREENSPON hereby appeals to the United States Court of Appeals of the Ninth Circuit from:

1) The *Order Denying Motion for Partial Reconsideration* filed on June 29, 2020 [150];

2) The *Order Denying Motion for Extension of Time to File Appeal*, filed on June 9, 2020 [148];

3) The *Clerk's Judgment*, filed on April 20, 2020 [143] (final judgment);

4) The *Order (1) Denying Plaintiff's Amended Motion for Partial Summary Judgment, (2) Granting in Part Defendant's Motion for Summary Judgment Re: Insurance Coverage, (3) Rejecting Plaintiff's Objection to the Magistrate Judge's Order Denying Plaintiff's Motion for Leave to Amend; and (4) Denying as Moot Various Other Motions*, filed on April 20, 2020 [142];

5) The *Order Denying Motion for Withdrawal and Voluntary Dismissal*, filed on August 23, 2019 [69];

6) The *Order Denying Motion to Reconsider Remand*, filed on May 13, 2019 [53];

7) The *Order Denying Motion for Remand*, filed on February 25, 2019 [22];

DATED: July 9, 2020, Makawao, Hawai'i, and respectfully submitted,

        /s/Michael C. Greenspon
        Plaintiff, *pro se*

# CERTIFICATE OF SERVICE

The undersigned certifies that the above-entitled document **PLAINTIFF'S NOTICE OF APPEAL** is served on the opposing parties in this action via their counsel of record electronically via CM/ECF on the indicated date:

TERRENCE J. O' TOOLE  #1209
MAILE S. MILLER  #10179
JOHN W. KELLY #9907
STARN O'TOOLE MARCUS & FISHER, ALC
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
  Attorneys for Defendant
  AIG SPECIALTY INS. CO.


NADINE Y. ANDO #3158
LISA W. CATALDO #6159
MCCORRISTON MILLER MUKAI MACKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813


DATED: July 9, 2020, Makawao, Hawaiʻi


                     /s/ Michael C. Greenspon
                     Michael C. Greenspon